UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
*Electronically Filed*

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY | Civil No. 7:17-cv-00159-KKC |
| | Judge: Robert E. Wier |
| Plaintiffs, | |
| vs. | |
| MASONRY BUILDER'S OF KY, INC., et al. | |
| Defendant. | |

## SUBMISSION OF ADDITIONAL PROOF IN SUPPORT OF LOSS

On November 19, 2018, this Court granted summary judgment in favor of Plaintiff North American Specialty Insurance Company ("NAS") and against Defendants Masonry Builder's of KY, Inc., Tim Mitchell, and Rontona Mitchell. In the November 19, 2018 Opinion and Order, the Court specifically found that under the plain terms of the General Indemnity Agreement, "NAS is entitled to indemnity for the $64,958.25 *Hinkle* Bond claim." *Opinion and Order*, Doc. #26, at page 16. The Court also found that as to attorney fees and expenses for enforcement of the GIA obligations "…NAS is entitled to and the Indemnitors must pay the full recoverable Loss. Getting to that number will require additional proof." NAS now submits such additional proof.

Specifically, itemized invoices for all legal fees incurred in the *Hinkle* Bond claim and this current enforcement litigation are provided with the affidavit of Bryan Seifert of NAS, attached hereto as **Exhibit 1.** The invoices range from October 6, 2015, when NAS first contacted counsel regarding the underlying *Hinkle* Bond claim, and extend through July 18,

2018, after the filing of the motions for summary judgment which this Court granted on November 19, 2018. Because no portion of the judgment has been paid to date, attorney fees continue to accrue. As reflecting in the invoices, total attorney fees paid by NAS are $76,842.00, with costs of $3,279.78, a total of $80,121.78, as of the filing of this document. Along with the $64,958.25 *Hinkle* Bond claim which the Court has already confirmed that NAS is entitled to, NAS' total losses, to date, are $145,080.03. Reducing that amount by $31,958.25 as payment recovered by NAS as remaining contract balance by the Obligee in the *Hinkle* Bond claim[1] results in total losses to NAS of $113,121.78 (this amount includes the $64,958.25 granted in the Court's November 19, 2018 Opinion and Order), as of the filing of this document.

NAS requests judgment in accordance with the proof submitted herein and for ongoing attorney fees in the costs of collection.

Respectfully submitted,

FROST BROWN TODD, LLC

/s/ *Luke J. Busam*
Luke Busam
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6157
lbusam@fbtlaw.com
*Counsel for Plaintiff*

---

[1] This $31,958.25 payment occurred on January 1, 2018 and is reflected in Exhibit 3 to Mr. Seifert's affidavit, which was submitted with NAS' Motion for Summary Judgment. This payment had not been received in October of 2016 when NAS sent correspondence to the indemnitors demanding payment of attorney fees.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2018 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Luke J. Busam*
Luke J. Busam

0063474.0631158   4812-7362-0610v1