UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
*Electronically Filed*

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY | ) Civil No. 7:17-cv-00159-REW-EBA |
| | ) Judge: Robert E. Weir |
| Plaintiffs, | ) |
| vs. | ) |
| MASONRY BUILDER'S OF KY, INC., et al. | ) |
| Defendant. | ) |

## PLAINTIFF NORTH AMERICAN SPECIALTY INSURANCE COMPANY'S STATUS REPORT

Pursuant to this Court's May 6, 2019 Order (Doc #: 28), Plaintiff North American Specialty Insurance Company's ("NAS") submits this status report within thirty days of such order.

NAS reports to the Court that NAS does not intend to pursue the remaining bad faith claim referenced in the Complaint and referred to in the May 6, 2019 Order.

Respectfully submitted,

/s/ *Luke J. Busam*
Luke Busam
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
(513) 651-6157
lbusam@fbtlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Luke J. Busam*

0063474.0631158  4828-6837-1864v1